UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v | ) | CRIMINAL NO. W10-338M |
| | ) | |
| ROBERT B. MCCLAY | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR DISMISSAL WITHOUT PREJUDICE**

NOW COMES the United States Attorney for the Western District of Texas and requests, by leave of the Court endorsed hereon, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss, without prejudice, the charges contained within the original information against the Defendant,

ROBERT B. MCCLAY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: //S//
SCOTT L. GOBLE
Special Assistant United States Attorney